**Electronically Filed
Supreme Court
SCPW-21-0000161
01-APR-2021
11:51 AM
Dkt. 3 ODDP**

SCPW-21-0000161

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

IN RE FRANCIS P. GRANDINETTI, Petitioner.

ORIGINAL PROCEEDING
(CASE NO. 3PC930000141)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Francis P. Grandinetti's submission to this court, which was filed as a petition for writ of habeas corpus on March 19, 2021, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek the requested relief, including seeking relief in his underlying circuit court proceeding or before the Hawai‘i Paroling Authority, as provided by law. See <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Petitioner is represented by court-appointed counsel in the underlying proceeding in the circuit court and should seek counsel's assistance. Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, April 1, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins